1   HEATHER E. WILLIAMS, CA SBN 122664
    Federal Defender
2   HOPE ALLEY, CA SBN 314109
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorney for Defendant
    OSCAR HERNANDEZ

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            Case No. 1:18-mj-00168-BAM-1

12              Plaintiff,                **STIPULATION TO CONTINUE
                                          PRELIMINARY HEARING; ORDER**
13   vs.
                                          Date:  November 9, 2018
14   OSCAR HERNANDEZ,                     Time:  2:00 p.m.
                                          Judge: Hon. Erica P. Grosjean
15              Defendant.

16

17          **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, Assistant

18   United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Hope

19   Alley, counsel for Oscar Hernandez, that the preliminary hearing currently scheduled for October

20   9, 2018, be continued to November 9, 2018, at 2:00 p.m.

21          Mr. Hernandez made an initial appearance on a Criminal Complaint on September 25,

22   2018.  This matter is currently scheduled for a preliminary hearing on October 9, 2018, fourteen

23   days after the initial appearance.  Because the defendant is not in custody, Federal Rule of Criminal

24   Procedure 5.1(c) allows for scheduling of a preliminary hearing twenty-one days after the initial

25   appearance.  But Rule 5.1(d) also provides that the time limits may be extended "one or more

26   times" with the defendant's consent and a showing of good cause. Here, the parties agree that there

27   is good cause for the extension, as the parties are exploring different options for proceeding in this

28   matter. Accordingly, the parties request that a preliminary hearing be continued to November 9,

2018. The parties agree that time shall be excluded through the date of the November 9, 2018 hearing, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 1, 2018                    */s/ Hope Alley*
                                         HOPE ALLEY
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         OSCAR HERNANDEZ

McGREGOR W. SCOTT
United States Attorney

Date: October 1, 2018                    */s/ Jeffrey Spivak*
                                         JEFFREY SPIVAK
                                         Assistant United States Attorney

# **O R D E R**

**GOOD CAUSE APPEARING,** the Court hereby continues the preliminary hearing currently set for October 9, 2018 be continued November 9, 2018 at 2:00 pm before Magistrate Judge Stanley A. Boone. Time is excluded under 18 U.S.C. § 3161(h)(7)(A). The Court finds that good cause for the continuance exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:    **October 2, 2018**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE