1  HEATHER E. WILLIAMS, CA SBN 122664
   Federal Defender
2  ERIN M. SNIDER, CA SBN 304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   OSCAR HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00168-BAM-1 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER** |
| vs. | |
| OSCAR HERNANDEZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Oscar Hernandez, that the preliminary hearing currently scheduled for February 15, 2019, be continued to March 29, 2019 at 2:00 p.m.

Mr. Hernandez made an initial appearance on a Criminal Complaint on September 25, 2018. Federal Rule of Criminal Procedure 5.1(d) provides that the time limit requiring a preliminary hearing within 21 days of the initial appearance may be extended "one or more times" with the defendant's consent and a showing of good cause. Here, the parties agree that there is good cause for the extension, as the parties are exploring different options for proceeding in this matter. Accordingly, the parties request that the preliminary hearing be continued to March 29, 2019. The parties agree that time shall be excluded through the date of the March 29, 2019 hearing, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 11, 2019         */s/ Erin Snider*
                                ERIN SNIDER
                                Assistant Federal Defender
                                Attorney for Defendant
                                OSCAR HERNANDEZ


                                McGREGOR W. SCOTT
                                United States Attorney


Date: February 11, 2019         */s/ Jeffrey Spivak*
                                JEFFREY SPIVAK
                                Assistant United States Attorney
                                Attorney for Plaintiff

# **O R D E R**

**GOOD CAUSE APPEARING,** the Court hereby continues the preliminary hearing currently set for February 15, 2019, to March 29, 2019 at 2:00 p.m. Time is excluded under 18 U.S.C. § 3161(h)(7)(A). The Court finds that good cause for the continuance exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **February 11, 2019**

_____
UNITED STATES MAGISTRATE JUDGE