HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
ERIN M. SNIDER, CA SBN 304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
OSCAR HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00168-BAM-1 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER** |
| vs. | Date: April 26, 2019<br>Time: 2:00 p.m.<br>Judge: Hon. Sheila K. Oberto |
| OSCAR HERNANDEZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Oscar Hernandez, that the preliminary hearing currently scheduled for March 29, 2019, be continued to April 26, 2019 at 2:00 p.m.

Mr. Hernandez made an initial appearance on a Criminal Complaint on September 25, 2018. Federal Rule of Criminal Procedure 5.1(d) provides that the time limit requiring a preliminary hearing within 21 days of the initial appearance may be extended "one or more times" with the defendant's consent and a showing of good cause. Here, the parties agree that there is good cause for the extension, as the parties are exploring different options for proceeding in this matter. Accordingly, the parties request that the preliminary hearing be continued to April 26, 2019. The parties agree that time shall be excluded through the date of the April 26, 2019 hearing, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 22, 2019  */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
OSCAR HERNANDEZ

McGREGOR W. SCOTT
United States Attorney

Date: March 22, 2019  */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

**GOOD CAUSE APPEARING,** the Court hereby continues the preliminary hearing currently set for March 29, 2019, to April 26, 2019 at 2:00 p.m. Time is excluded under 18 U.S.C. § 3161(h)(7)(A). The Court finds that good cause for the continuance exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **March 25, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE