| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | ERIN M. SNIDER, CA SBN 304781 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | OSCAR HERNANDEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00168-BAM-1 |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING;  ORDER** |
| vs. | Date:   August 30, 2019 |
| OSCAR HERNANDEZ, | Time:  2:00 p.m. |
| Defendant. | Judge: Hon. Erica P. Grosjean |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Oscar Hernandez, that the preliminary hearing currently scheduled for July 12, 2019, be continued to August 30, 2019 at 2:00 p.m.

Mr. Hernandez made an initial appearance on a Criminal Complaint on September 25, 2018. Federal Rule of Criminal Procedure 5.1(d) provides that the time limit requiring a preliminary hearing within 21 days of the initial appearance may be extended "one or more times" with the defendant's consent and a showing of good cause. Here, the parties agree that there is good cause for the extension, as the parties are exploring different options for proceeding in this matter. Accordingly, the parties request that the preliminary hearing be continued to August 30, 2019. The parties agree that time shall be excluded through the date of the August 30, 2019 hearing, pursuant to 18 U.S.C. § 3161(h)(7)(A).

| | Respectfully submitted, |
| --- | --- |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: July 9, 2019 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>OSCAR HERNANDEZ |
| | McGREGOR W. SCOTT<br>United States Attorney |
| Date: July 9, 2019 | */s/ Jeffrey Spivak*<br>JEFFREY SPIVAK<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

**GOOD CAUSE APPEARING,** the Court hereby continues the preliminary hearing currently set for July 12, 2019, to August 30, 2019 at 2:00 p.m. Time is excluded under 18 U.S.C. § 3161(h)(7)(A). The Court finds that good cause for the continuance exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **July 9, 2019**         /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE